NEWMEYER & DILLION LLP
CHARLES S. KROLIKOWSKI, CBN 185177
Charles.Krolikowski@ndlf.com
MICHAEL W. SHONAFELT, CBN 186853
Michael.Shonafelt@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff
Fidelity Mortgage Lenders, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY MORTGAGE LENDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PASADENA; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.:   CV13-00603 R(Ex)<br>DEPT.:        8 – 2nd Floor<br>JUDGE:       Manuel L. Real<br><br>**ORDER GRANTING FIDELITY MORTGAGE LENDERS' MOTION TO REMAND TO STATE COURT**<br><br>**DATE:  August 5, 2013**<br>**TIME:  10:00 A.M.** |

Plaintiff Fidelity Mortgage Lenders, Inc. ("Fidelity") filed a Motion to Remand in the above-entitled Court on June 17, 2013. All interested parties appeared and were represented by counsel.

After full consideration of the evidence and papers submitted by the parties, and oral argument by counsel,

**IT IS HEREBY ORDERED:**

1   Fidelity's Motion to Remand is GRANTED.  Accordingly, this case shall be
2   remanded to the Superior Court for the State of California, County of Los Angeles.
3   / /
4   **IT IS SO ORDERED:**

6   Dated: _August 7, 2013____        _____
7                                      The Honorable Manuel L. Real